IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01090-WYD-MEH

RITA MONTOYA DE VIGIL,

    Plaintiff,

v.

CENTENNIAL SCHOOL DISTRICT R-1; and
DIANA CORTEZ, in her official and individual capacities,

    Defendants.

## ORDER OF DISMISSAL AND REMAND

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for a Dismissal of Plaintiff's Federal Claims and for a Remand of Plaintiff's Remaining Claims to the State Court (docket #15), filed June 27, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(2), the unopposed motion to dismiss should be granted and the Plaintiff's Sixth and Seventh Claims for Relief (federal claims) should be dismissed without prejudice. I further find that based on the absence of any federal claims, it appears that the Court lacks subject matter jurisdiction over this action. Thus, the unopposed motion to remand should also be granted pursuant to 28 U.S.C. § 1447(c). Accordingly, it is

ORDERED that the Plaintiff's Unopposed Motion for a Dismissal of Plaintiff's Federal Claims and for a Remand of Plaintiff's Remaining Claims to the State Court (docket #15), filed June 27, 2008, is **GRANTED.** It is

FURTHER ORDERED that Plaintiff's Sixth and Seventh Claims for Relief are **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's fees and costs. It is

FURTHER ORDERED that Plaintiff's remaining state law claims are **REMANDED** to the Colorado District Court for Costilla County pursuant to 28 U.S.C. § 1447(c). As such, the Clerk of Court is directed to remand this action to the Colorado District Court for Costilla County from which the case was removed.

Dated: June 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge